RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
KATHERINE A. TANAKA
Assistant Federal Public Defender
Nevada State Bar No. 14655C
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Katherine_Tanaka@fd.org

Attorney for Roberto Hernandez

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROBERTO HERNANDEZ,<br><br>Defendant. | Case No. 2:19-cr-252-JAD-DJA-1<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Shaheen Torgoley, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Katherine A. Tanaka, Assistant Federal Public Defender, counsel for Roberto Hernandez, that the Revocation Hearing currently scheduled on January 17, 2020, be vacated and continued to a date and time convenient to the Court, but no sooner than fourteen (14) days.

This Stipulation is entered into for the following reasons:

1. Counsel for Mr. Hernandez is out of the office on the currently scheduled revocation hearing date.

2. The requested time will permit defense counsel to confer with Mr. Hernandez regarding the violations contained in the petition.

3. Mr. Hernandez is in custody and has no opposition to the requested continuance.

This is the first request for a continuance of the revocation hearing.

DATED this 16 day of January, 2020.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| By */s/ Katherine A. Tanaka*<br>KATHERINE A. TANAKA<br>Assistant Federal Public Defender | By */s/ Shaheen Torgoley*<br>SHAHEEN TORGOLEY<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

ROBERTO HERNANDEZ,

    Defendant.

Case No. 2:19-cr-252-JAD-DJA-1

**ORDER**

    IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Friday, January 17, 2020 at 9:30 a.m., be vacated and continued to February 4 at the hour of 1:30 p.m.; or to a time and date convenient to the court.

    DATED this 16 day of January, 2020.

    _____
    UNITED STATES MAGISTRATE JUDGE