**STIP**
**MATTHEW STROMENGER, ESQ.**
Nevada State Bar No. 15464
THE MATIAN FIRM A.P.C.
400 S. 4th Street, Suite #215
Las Vegas, Nevada 89101
Telephone: (725) 218-3870
Facsimile: (725) 218-3871
*Attorney for Defendant*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:19-CR-252-JAD-DJA |
| Plaintiff, | |
| vs. | **Stipulation and Order to Continue Sentencing** <br> **(First Request)** |
| ROBERTO D. HERNANDEZ, | |
| Defendant, | |

IT IS HEREBY STIPULATED AND AGREED , by and between JASON M. FRIERSON, United Stated Attorney, and EDWARD VERONDA, ESQ., Assistant United States Attorney, counsel for the United States of America, and Matthew Stromenger, counsel for ROBERTO D. HERNANDEZ, that the Sentencing and Disposition currently scheduled for April 24, 2023 at 10:00 a.m. be continued for not less than four (4) weeks to a date convenient for the Court.

The Stipulation is entered into for the following reasons:

1. This is the first Sentencing and Disposition continuance request.

2. Counsel for Defendant just received the Pre-Sentence Investigation Report and needs time to review it. Additionally, Defendant is expecting to file a Sentencing Memorandum.

3. Defendant Hernandez is not incarcerated and does not object to the continuance.
4. The parties agree to the continuance.
5. Additionally, denial of this request for continuance could result in a miscarriage of justice.
6. For the above stated reasons, the parties agree that a continuance of the Sentencing and Disposition would best serve the ends of justice in this case.

Dated this 13th day of April, 2023.

Dated: April 13, 2023    By:    */s/ Edward Veronda*
EDWARD VERONDA, ESQ.
Assistant United States Attorney

Dated: April 13, 2023    By:    */s/ Matthew Stromenger*
MATTHEW STROMENGER, ESQ.
Counsel for ROBERTO D. HERNANDEZ

**IN THE UNITED STATES DISTRICT COURT**

**FPR THE DISTRICT OF NEVADA**

* * *

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ROBERTO D. HERNANDEZ,

    Defendant,

Case No.: 2:19-CR-252-JAD-DJA

## **FINDING OF FACTS**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. This is the first Sentencing and Disposition continuance request.
2. Counsel for Defendant needs additional time to finalize negotiations to resolve the case.
3. Defendant Hernandez is not incarcerated and does not object to the continuance.
4. The parties agree to the continuance.
5. Additionally, denial of this request for continuance could result in a miscarriage of justice.
6. For the above stated reasons, the parties agree that a continuance of the Sentencing and Disposition would best serve the ends of justice in this case.

/ / /

/ / /

/ / /

/ / /

| | |
|---|---|
| 1 | **ORDER** |
| 2 | IT IS THEREFORE ORDERED that Sentencing and Disposition |
| 3 | currently scheduled for April 4, 2023 at 2:00 p.m. to be continued to May 30, at 11:00 |
| 4 | a.m. |

Dated this 14th day of April, 2023.

_____
UNITED STATES DISTRICT JUDGE

Respectfully Submitted By:

***/s/ Matthew Stromenger***
Matthew Stromenger, Esq.
Nevada Bar No. 15464
Attorney for Defendant